# UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**SECURITIES AND EXCHANGE COMMISSION,**

V.                                    **SUMMONS IN A CIVIL CASE**

**HAI–KHOA DANG,**

CASE NUMBER: **3:20–CV–01353–JAM**

   TO: **Hai–Khoa Dang**
Defendant's Address:

   A lawsuit has been filed against you.

   Within **21** days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

**David H. London**
**Securities and Exchange Commission Boston Regional Office**
**33 Arch Street 24th Floor**
**Boston, MA 02110**

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

   */s/ – Tiffany M Nuzzi*

        *Signature of Clerk or Deputy Clerk*



**ISSUED ON 2020–09–10 10:17:00.0**, Clerk
USDC CTD

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*_____
was received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)*_____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____
_____ ; or

☐ Other *(specify)* _____
_____
_____

My fees are $_____ for travel and $ _____for services, for a total of $_____0.00

I declare under penalty of perjury that this information is true.

Date: _____

_____
Servers signature

_____
Printed name and title

_____
Servers address

Additional information regarding attempted service, etc:

# **RETURN OF SERVICE**

## UNITED STATES DISTRICT COURT
### District of Connecticut

Case Number: 3:20-CV-01353-JAM

Plaintiff:
**Securities and Exchange Commission**

vs.

Defendant:
**Dang, Hai Khoa**

For:
U.S. Securities and Exchange Commission
100 F St NE
Washington, DC 20549

Received by Cavalier CPS to be served on **Hai Khoa Dang, 113 Park Street, Manchester, CT 06040**.

I, Jason Douglas, do hereby affirm that on the **11th day of September, 2020** at **7:52 am, I:**

Served Summons & Complaint; Order on Pretrial Deadlines; Electronic Filing Order; Standing Protective Order to Man Di Dang (upon information and belief) as co-resident/sister of Hai Khoa Dang at 113 Park Street, Manchester, CT 06040, being of suitable age and discretion to accept service in the absence of Hai Khoa Dang. Upon information and belief, 113 Park Street, Manchester, CT 06040 is the usual place of abode of Hai Khoa Dang.

**Additional Information pertaining to this Service:**
Served her as she pulled up to the house in a vehicle. She refused to roll down her window, so she was served by placing the documents on her windshield.

I am a natural person over the age of eighteen and am not a party to or otherwise interested in the subject matter in controversy. I am a private process server authorized to serve this process in accordance with relevant law. Under penalty of perjury, I declare that the foregoing is true and correct.

Jason Douglas    Date 9/11/2020

Cavalier CPS
823-C S King Street
Leesburg, VA 20175
(703) 431-7085

Our Job Serial Number: CAV-2020007339
Ref: BRO-54065

Copyright © 1992-2020 Database Services, Inc. - Process Server's Toolbox V8.1t

